**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David R. PEARCE, Defendant–**
**Appellant.**

**No. 07–2046.**

United States Court of Appeals,
Seventh Circuit.

Submitted Feb. 1, 2008.

Decided Feb. 11, 2008.

John G. McKenzie, Office of the United States Attorney, Rockford, IL, for Plaintiff–Appellee.

Paul Flynn, Federal Defender Program, Rockford, IL, for Defendant–Appellant.

Before Hon. FRANK H. EASTERBROOK, Chief Judge, Hon. ILANA DIAMOND ROVNER, Circuit Judge and Hon. DIANE S. SYKES, Circuit Judge.

Counsel for the appellant in this case concedes that, unless the Supreme Court should overrule *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), there is no basis for disturbing the judgment. Only the Supreme Court is entitled to overrule one of its own decisions, so the appeal cannot succeed in this court. The issue has been preserved for presentation to a higher tribunal.

**AFFIRMED.**